UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LARRY WASHINGTON** | **CIVIL ACTION NO. 23-0772** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **TYLER WADE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered and no objections thereto having been filed, and finding that same is supported by the law and record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Larry Washington's Complaint [Doc. No. 1] is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 14th day of August 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**